UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MIKIEA PRICE,
as mother and next friend of J.K., a minor,

      Plaintiff,

v.                                Civil Action No. 3:19 CV 854-bbc

ROBERT MUELLER-OWENS,
MADISON METROPOLITAN SCHOOL DISTRICT,
and ABC INSURANCE COMPANY,

      Defendants.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Sarah A. Zylstra, an attorney with Boardman & Clark LLP, appears on behalf of all Defendants, including "ABC Insurance Company," which is properly identified as Liberty Mutual Insurance Company. Copies of all papers may served at Boardman & Clark LLP, P.O. Box 927, Madison, WI 53701-0927 or through the Court's electronic filing system as applicable.

Dated this 13th day of November, 2019.

                                            Respectfully submitted,

                                            */s/ Sarah A. Zylstra*
                                            Sarah A. Zylstra, State Bar No. 1033159
                                            BOARDMAN & CLARK LLP
                                            1 South Pinckney Street, Suite 410
                                            P. O. Box 927
                                            Madison, WI  53701-0927
                                            Telephone: (608) 257-9521
                                            Facsimile: (608) 283-1709
                                            szylstra@boardmanclark.com
                                            *Attorneys for Defendants*

F:\DOCS\WD\59164\33\A3615310.DOCX