UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MIKIEA PRICE,
as mother and next friend of J.K., a minor,

       Plaintiff,

   v.                                              Civil Action No. 3:19 CV 854-bbc

ROBERT MUELLER-OWENS,
MADISON METROPOLITAN SCHOOL DISTRICT,
and LIBERTY MUTUAL INSURANCE COMPANY,

       Defendants.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Kathryn A. Harrell, an attorney with Boardman & Clark LLP, appears on behalf of all Defendants. Copies of all papers may served at Boardman & Clark LLP, P.O. Box 927, Madison, WI 53701-0927 or through the Court's electronic filing system as applicable.

Dated this 17th day of January, 2020.

                                                          Respectfully submitted,

                                                          */s/ Kathryn A. Harrell*
                                                          Kathryn A. Harrell, State Bar No. 1061612
                                                          BOARDMAN & CLARK LLP
                                                          1 South Pinckney Street, Suite 410
                                                          P. O. Box 927
                                                          Madison, WI  53701-0927
                                                          Telephone: (608) 283-1744
                                                          Facsimile: (608) 283-1709
                                                          kharrell@boardmanclark.com
                                                          *Attorneys for Defendants*